FILED: 02-17-2012

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERMAN TATE, | CASE NO. CV 11-8293-GHK (MANx) |
| Plaintiff, | |
| v. | **JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to our February 17, 2012 Order, **IT IS HEREBY ADJUDGED** that Plaintiff Anthony Herman Tate's claim against Defendants Thrifty Payless Inc. dba Rite-Aid, Gabriel Carlos, and Roy Aroni is **DISMISSED**.

Pursuant to Fed. R. Civ. P. 54(b), we expressly determine that there is no just reason for delay, and we therefore direct entry of this judgment.

**IT IS SO ORDERED**.

DATED: February 17, 2012

_____
GEORGE H. KING
United States District Judge